# Court of Appeals
## Tenth Appellate District of Texas

10-24-00034-CV

Autotrader.com,
Appellant

v.

Wilburn Dickerson,
Appellee

On appeal from the
County Court at Law of Walker County, Texas
Judge Tracy M. Sorensen, presiding
Trial Court Cause No. 14199CV

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Autotrader.com, Inc., has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent any other party from seeking relief to which it would otherwise be entitled. *See id.* Appellant's motion to dismiss is therefore granted, and this appeal is dismissed.

 

                               _____

                               MATT JOHNSON

                               Chief Justice

OPINION DELIVERED and FILED:  December 9, 2025

Before Chief Justice Johnson,
       Justice Smith, and
       Justice Harris
Dismissed
CV06

